Shane A. MacIntyre
BROWN LAW FIRM, P.C.
269 W. Front Street, Suite A
Missoula, MT 59802
Tel (406) 830-3248
Fax (406) 830-3745
smacintyre@brownfirm.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ASPEN AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WAGNER & LYONS, PLLC (f/k/a SULLIVAN, WAGNER & LYONS, PLLC); NATHAN WAGNER, ZANE SULLIVAN, JENNA LYONS, ARGO GROUP US, INC., JON WILLIAMS, DARRELL LEE CONSTRUCTION, LLC, MADDUX REAL ESTATE GROUP, INC., DAWN MADDUX, RALEIGH WARD, AND SUPERIOR HARDWOODS AND MILLWORK, INC., d/b/a GRIZZLY FLOORING INSTALLATION.<br><br>Defendants. | Cause No. CV 22-00147-DLC-KLD<br><br><br>**PLAINITFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Aspen American Insurance Company ("Aspen"), by and through counsel, hereby states that Aspen American Insurance Company, a Texas corporation, is a wholly owned

1

subsidiary of Aspen U.S. Holdings, Inc., a Delaware corporation. Aspen U.S. Holdings is a wholly owned subsidiary of Aspen (UK) Holdings Limited, a U.K. company.  Aspen (UK) Holdings Limited is a wholly owned subsidiary of Aspen Insurance Holdings Limited, a Bermuda exempted company ("AHL"). AHL is a wholly owned subsidiary of Highlands Holdings, Ltd., a Bermuda exempted company.  All of the ordinary shares of Highlands Holdings, Ltd. are, directly or indirectly, owned by certain investment funds managed by subsidiaries of Apollo Global Management, Inc., a Delaware corporation ("AGM").  Class A common stock and certain preferred shares of AGM are publicly traded on the New York Stock Exchange ("APO").

DATED this 9th  day of September, 2022.

BROWN LAW FIRM, P.C.

/s/ Shane A. MacIntyre
*Attorneys for Plaintiff*
