FILED
09/28/2022
Shirley Faust
CLERK
Missoula County District Court
STATE OF MONTANA
By: Travis Seal
DV-32-2018-0000109-BC
Larson, John W
300.00

John W. Larson, District Judge
Fourth Judicial District, Dept. 3
Missoula County Courthouse
200 West Broadway
Missoula, MT 59802
(406) 258-4773

## MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY

| | |
|---|---|
| JAMES KENT ROBERTS and SUSAN ROBERTS, | Dept. 3 Cause No. DV-18-109 |
| Plaintiffs/Counter-Defendants, vs. | |
| JON WILLIAMS; DARRELL LEE CONSTRUCTION, LLC; MADDUX REAL ESTATE GROUP, INC.; DAWN MADDUX; and RALEIGH WARD, | AMENDED JUDGMENT |
| Defendant/Counterclaimants, | |
| DARRELL LEE CONSTRUCTION, LLC, | |
| Third-Party Plaintiff, Vs. | |
| SUPERIOR HARDWOODS AND MILLWORK, INC., d/b/a GRIZZLY FLOORING INSTALLATION, | |
| Third-Party Defendant. | |

In accordance with the Court's prior orders (Dkts. 261, 336, 378) and Mont. Code Ann. § 35-8-1306 and Third-Party Defendant Superior Hardwoods and Millwork, Inc. d/b/a Grizzly Flooring Installation's ("Superior") request that judgment be entered, and pursuant to Mont. R. Civ.

Order - Page 1

P. 58(d), judgment is hereby entered in favor of Superior. It is hereby ORDERED, ADJUDGED, and DECREED that Superior recover from the Defendants Jon Williams, Darrell Lee Construction, LLC, Dawn Maddux, and Maddux Real Estate Group, Inc. and their former counsel, Wagner & Lyons, PLLC fka Sullivan, Wagner & Lyons, PLLC, jointly and severally, the sum of $532,662.35 plus pre-judgment interest and post-judgment interest at a rate of 8.5% as provided for by law.

Dated this 28th day of September, 2022.

*John W. Larson*

JOHN W. LARSON, DISTRICT JUDGE

Copies of the foregoing were EMAILED to:

Timothy D. Geiszler, Esq. - geiszler@lawmissoula.com
David J. Steele, Esq. steele@lawmissoula.com
Layla Turman, Esq. layla@kindredlegalpllc.com
    Representing: James Kent and Susan Roberts

Robert Erickson, Esq. - erickson@montanalawyer.com
RHOADES & ERICKSON, PLLC
    Representing: Darrell Lee Construction LLC, Jon Williams

Jon Beal, Esq. jonbeal@beallawfirm.com
Kristine J. Beal, Esq. - kbeal@beallawfirm.com
BEAL LAW FIRM
    Representing: Superior Hardwoods and Millwork Inc. d/b/a Grizzly Flooring Installation

Jeffrey M. Roth, Esq. - jroth@crowleyfleck.com
Jeffrey R. Kuchel, Esq. jkuchel@crowleyfleck.com

Order - Page 2

CROWLEY FLECK PLLP
   Representing: Maddux Real Estate Group Inc,
   Dawn Maddux and Raleigh Ward

Jesse Beaudette, Esq. mail@bebtlaw.com jbeaudette@bebtlaw.com
Ryan T. Heuwinkel, Esq. rheuwinkel@bebtlaw.com
RYAN HEUWINKEL BOHYER, ERICKSON, BEAUDETTE & TRANEL, P.C.
   Representing Wagner & Lyons, PLLC f/k/a
   Sullivan, Wagner & Lyons, PLLC /s/ Robert Erickson

Cory R. Laird, Esq. claird@lairdcowley.com
Tyler Cole Smith, Esq. tsmith@lairdcowley.com
LAIRD COWLEY, PLLC
   Personal Attorneys for Zane Sullivan

Mark S. Williams, Esq. mark@wmslaw.com
WILLIAMS LAW FIRM
   Attorneys for Datsopoulos, MacDonald & Lind

Dennis Lind, Esq. dlind@dmllaw.com
Molly K. Howard, Esq. mhoward@dmllaw.com
DATSOPOULOAS, MACDONALD & LIND, P.C.
   Attorneys for Datsopoulos, MacDonald & Lind
   Requested to still be copied by Mark Williams

DATED this 20th day of December, 2022.

BEAL LAW FIRM, PLLC
Attorneys for Superior Hardwoods and
Millwork, Inc. d/b/a Grizzly Flooring
Installation

By: _____
Jon G. Beal

## CERTIFICATE OF SERVICE

I, the undersigned, an employee of Beal Law Firm, PLLC, hereby certify that a true and correct copy of the foregoing was forwarded as set forth below, at Missoula, Montana this 20th day of December, 2022, to:

| | |
|---|---|
| Timothy D. Geiszler<br>David Steele II<br>Geiszler Steele, P.C.<br>Terrace West, Suite K<br>619 Southwest Higgins<br>Missoula, MT 59803<br>tgeiszler@gmail.com<br>steele@lawmissoula.com<br>*Attorneys for Plaintiffs/Counterdefendants* | [ ] U.S. Mail<br>[ ] Hand Delivery<br>[ ] Federal Express<br>[ ] Facsimile<br>[x] Email<br>[x] E-File |
| Jeffrey M. Roth<br>Jeffrey R. Kuchel<br>Crowley Fleck, PLLP<br>305 South 4th Street East, Suite 100<br>P.O. Box 7099<br>Missoula, MT 59807-7099<br>jroth@crowleyfleck.com<br>jkuchel@crowleyfleck.com<br>rdumont@crowleyfleck.com<br>*Attorneys for Defedants/Counterclaimants Maddux Real Estate Group, Inc., Dawn Maddux and Raleigh Ward* | [x] U.S. Mail<br>[ ] Hand Delivery<br>[ ] Federal Express<br>[ ] Facsimile<br>[x] Email<br>[x] E-File |
| Jesse Beaudette<br>Ryan Heuwinkel<br>Bohyer, Erickson, Beaudette & Tranel, PC<br>283 West Front Street, Suite 201<br>PO Box 7729<br>Missoula, MT 59807-7729<br>jbeaudette@bebtlaw.com<br>rheuwinkel@bebtlaw.com<br>jasbury@bebtlaw.com<br>lgibson@bebtlaw.com<br>mail@bebtlaw.com<br>*Attorneys for Wagner & Lyons, PLLC f/k/a Sullivan, Wagner & Lyons, PLLC, Nathan Wagner, Zane Sullivan and Jenna Lyons* | [x] U.S. Mail<br>[ ] Hand Delivery<br>[ ] Federal Express<br>[ ] Facsimile<br>[x] Email<br>[x] E-File |

| | |
|---|---|
| Mark Williams<br>James Johnson<br>Williams Law Firm, P.C.<br>235 E. Pine Street<br>PO Box 9940<br>Missoula, MT 59807-9440<br>mark@wmslaw.com<br>jjohnson@wmslaw.com<br>*Attorneys for Datsopoulos, MacDonald, & Lind, P.C.* | [ x ] **U.S. Mail**<br>[   ] Hand Delivery<br>[   ] Federal Express<br>[   ] Facsimile<br>[ x ] **Email**<br>[ x ] **E-File** |
| Molly Howard<br>Dennis Lind<br>Datsopoulos, MacDonald & Lind, P.C.<br>Central Square Building<br>201 W. Main Street, Suite 201<br>Missoula, MT 59802<br>mhoward@dmllaw.com<br>dlind@dmllaw.com<br>*Attorneys for Datsopoulos, MacDonald, & Lind, P.C. Requested to Still be Copied by Mark Williams of Williams, Law Firm, P.C.* | [ x ] **U.S. Mail**<br>[   ] Hand Delivery<br>[   ] Federal Express<br>[   ] Facsimile<br>[ x ] **Email**<br>[ x ] **E-File** |
| Robert Erickson<br>Rhoades & Erickson, PLLC<br>430 Ryman Street<br>Missoula, MT 59802<br>erickson@montanalawyer.com<br>*Attorneys for Defendant/Third-Party Plaintiff Darrell Lee Construction, LLC and Defendant Jon Williams* | [ x ] **U.S. Mail**<br>[   ] Hand Delivery<br>[   ] Federal Express<br>[   ] Facsimile<br>[ x ] **Email**<br>[ x ] **E-File** |
| Shane MacIntyre<br>Brown Law Firm, P.C.<br>269 W. Front St., Suite A<br>Missoula, MT 59802<br>smacintyre@brownfirm.com<br>*Attorneys for Aspen American Insurance Company* | [ x ] **U.S. Mail**<br>[   ] Hand Delivery<br>[   ] Federal Express<br>[   ] Facsimile<br>[ x ] **Email**<br>[ x ] **E-File** |

Cory R. Laird  
Tyler Smith  
Riley Wavra  
Laird Cowley, PLLC  
2315 McDonald Avenue, Ste. 220  
PO Box 4066  
Missoula, MT 59806  
claird@lairdcowley.com  
tsmith@lairdcowley.com  
rwavra@lairdcowley.com  
dhanninen@lairdcowley.com  
sdunwell@lairdcowley.com  
*Personal Attorneys for Attorney Zane Sullivan*

[ x ] **U.S. Mail**  
[   ] Hand Delivery  
[   ] Federal Express  
[   ] Facsimile  
[ x ] **Email**  
[ x ] **E-File**

Jon Moyers  
Moyers Law, PC  
3936 Ave B, Suite D  
Billings, MT 59102  
jon@jmoyerslaw.com  
*Attorneys for Dawn Maddux*

[ x ] **U.S. Mail**  
[   ] Hand Delivery  
[   ] Federal Express  
[   ] Facsimile  
[ x ] **Email**  
[ x ] **E-File**

*/s/ Hope Moore*  
Hope Moore  
Paralegal to Jon G. Beal