IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ASPEN AMERICAN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> WAGNER & LYONS, PLLC (f/k/a SULLIVAN, WAGNER & LYONS, PLLC); NATHAN WAGNER; ZANE SULLIVAN; JENNA LYONS; ARGO GROUP US, INC.; JON WILLIAMS; DARRELL LEE CONSTRUCTION, LLC; MADDUX REAL ESTATE GROUP, INC.; DAWN MADDUX; RALEIGH WARD; and SUPERIOR HARDWOODS AND MILLWORK, INC., d/b/a GRIZZLY FLOORING INSTALLATION, <br><br> Defendants. | CV 22–147–M–DLC–KLD <br><br><br> ORDER |

Before the Court is Plaintiff's Unopposed Motion to Dismiss with Prejudice. (Doc. 7.) The motion requests that the Court dismiss this action with prejudice, with all parties to bear their own attorney fees and costs with the exception of Superior Hardwoods and Millwork, Inc., whose attorney fees were paid as part of the sum of settlement in this matter. (*Id.* at 1–2.) The motion further states that the complaint in this matter was never served, and no defendant has appeared in the matter. (*Id.* at 2.)

1

Accordingly, IT IS ORDERED that the motion (Doc. 7) is GRANTED. The complaint (Doc. 1) is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close the case file.

DATED this 29th day of December, 2022.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court